gone. Does it alter the rights of the parties that the plaintiff happens to have another litigation with defendant, into which it is proposed to incorporate this claim. On the theory of the plaintiffs, the pendency of an action between parties, it may be on a single promissory note, would keep alive all contract claims against either party during the time consumed by the litigation, at least to the extent of making it discretionary with the court to allow the prosecution of such claims by means of an amendment to the pending action. We think this cannot be. The uniform current of authority is opposed to such a doctrine." (*Weston* v. *Worden*, 19 Wend., 648; *Willink* v. *Renwick*, 22 id., 608; *Williams* v. *Cooper*, 1 Hill, 637.)

*Robert S. Green*, for the appellants.

*I. T. Williams*, for the respondent.

Opinion by CULLEN, J.

Present — BARNARD, P. J., DYKMAN and CULLEN, JJ.

Order reversed, with costs and disbursements.

---

BOWKER ROBINSON, *Respondent, v.* JOHN A. ROWLAND and others, *Assessors, etc., Appellants.*— Motion denied.

BYRON BIRD *v.* EMILY H. CRANE.— Motion denied.

MARIA SCHLICHTLING, *Administratrix, etc., v.* LEWIS WINTGEN.— Motion for reargument granted. Opinion by DYKMAN, J.

ISAAC H. JONES, *Respondent, v.* OLIVER J. JONES and others, *Appellants.*— Appeal withdrawn.

DAVID B. AMOS, *Respondent, v.* STEPHEN R. BRADLEY, *Appellant.*— Order vacating *ex parte* order amending notice of appeal affirmed, with costs and disbursements. Opinion by BARNARD, P. J.

DAVID B. AMOS, *Respondent, v.* STEPHEN R. BRADLEY, *Appellant.*— Order denying resettlement of order, and denying reargument affirmed, with costs and disbursements. Opinion by BARNARD, P. J.

CHARLES T. GOODWIN, *Executor, etc.*, and AMELIA P. INGRAHAM, *Executrix, etc., Respondents, v.* GEORGE E. INGRAHAM and others, *Appellants.*— Judgment affirmed, with costs. Opinion by DYKMAN, J.; BARNARD, P. J., dissenting.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel* THOMAS WILSON, *Respondent, v.* JOHN M. ROWELL, *Clerk, etc., Appellant.*— Reargument ordered. DYKMAN, J., not sitting.